**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LEROY THOMPSON,** ) | **CASE NO. 1:18CV1777** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| **SECRETARY OF THE U.S. DEPT.** ) | |
| **OF VETERANS AFFAIRS, et al.,** ) | |
| **Defendants.** ) | |
| ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon the Report and Recommendation (ECF DKT #36) of Magistrate Judge David A. Ruiz regarding the Motion (ECF DKT #32) of Defendant Secretary of the U.S. Department of Veterans Affairs ("VA") to Strike the Second Amended Complaint and for Partial Dismissal. Plaintiff's Second Amended Complaint asserts Race Discrimination and Retaliation in violation of Title VII, 42 U.S.C. § 2000c-3(A); Hostile Work Environment Discrimination in violation of Title VII, 42 U.S.C. § 2000c-3(A); and Disability Discrimination and Retaliation. On June 12, 2020, the Magistrate Judge recommended denying Defendant's Motion to Strike and for Partial Dismissal in its entirety.

Fed.R.Civ.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service; but Defendant has failed to timely file any such objections. Therefore, the Court must assume that Defendant is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505

(6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (ECF DKT #36); and the Motion (ECF DKT #32) of Defendant Secretary of the U.S. Department of Veterans Affairs ("VA") to Strike the Second Amended Complaint and for Partial Dismissal is DENIED.

**IT IS SO ORDERED.**

**Dated: July 14, 2020**

                                                **s/Christopher A. Boyko**
                                                **CHRISTOPHER A. BOYKO**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**